**Karolyn A. HANDKE, Appellant,**

v.

**McBRIDE, LOCK & ASSOCIATES; Charles H. McBride; Robert J. Lock, Appellees.**

**No. 10–3249.**

United States Court of Appeals, Eighth Circuit.

Submitted: Feb. 4, 2011.

Filed: June 17, 2011.

Mark Eldon Meyer, Andrew Schendel, Castle Law Office, Kansas City, MO, for Appellant.

Uzoamaka Nneka Nwonwu, Paul David Seyferth, Seyferth & Blumenthal, Kansas City, MO, for Appellees.

1. The Honorable Gary A. Fenner, United States District Judge for the Western District

Before MELLOY, GRUENDER, and BENTON, Circuit Judges.

PER CURIAM.

Karolyn Handke appeals the district court's[1] dismissal for failure to exhaust her discrimination complaint against her former employer. After careful de novo review, *see Coons v. Mineta,* 410 F.3d 1036, 1039 (8th Cir.2005), we affirm. We agree with the district court that Handke's lawsuit was untimely filed more than 90 days after she received a right-to-sue letter on her June 2009 charge, which alleged her discharge was motivated by discrimination. Handke could not cure her untimeliness by filing a second charge based on the same adverse employment action. *See Spears v. Mo. Dep't of Corr. & Human Res.,* 210 F.3d 850, 853 & n. 2 (8th Cir. 2000); *Williams v. Little Rock Mun. Water Works,* 21 F.3d 218, 222 (8th Cir.1994).

Accordingly, we affirm. *See* 8th Cir. R. 47B.